UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00225

**Jay Williams,**
*Plaintiff*,

v.

**Terisa Richardson,**
*Defendant*.

# ORDER

Plaintiff Jay Williams, an inmate of the Henderson County Jail proceeding pro se, filed this lawsuit complaining of alleged deprivations of his constitutional rights. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

The magistrate judge issued a report recommending that the lawsuit be dismissed for failure to state a claim upon which relief may be granted and, alternatively, for failure to prosecute or to obey an order of the court. Doc. 5. Plaintiff received a copy of this report on June 16, 2023, but filed no objections. Doc. 6.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted and, alternatively, for failure to prosecute or to obey an order of the court.

*So ordered by the court on September 7, 2023.*

J. CAMPBELL BARKER
United States District Judge